**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 13-10226 |
| Plaintiff - Appellee, | D.C. No. 4:12-cr-00167-DCB |
| v. | |
| JESSIKA ADRIANA MENDOZA-CAZARES, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Arizona
David C. Bury, District Judge, Presiding

Submitted December 17, 2013[**]

Before:    GOODWIN, WALLACE, and GRABER, Circuit Judges.

Jessika Adriana Mendoza-Cazares appeals from the district court's judgment

and challenges the 52-month sentence imposed following her guilty-plea

conviction for possession with intent to distribute and importation of

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

approximately 9.18 kilograms of methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii) and 960(a)(1), (b)(1)(H). We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Mendoza-Cazares contends that her sentence is substantively unreasonable because the district court did not properly account for her history and characteristics. The district court did not abuse its discretion in imposing Mendoza-Cazares's sentence. *See Gall v. United States*, 552 U.S. 38, 51 (2007). The sentence 136 months below the low end of the Guidelines range is substantively reasonable in light of the 18 U.S.C. § 3553(a) sentencing factors and the totality of the circumstances. *See id*.

**AFFIRMED.**